IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMOCA TAIYE PRICE                                                                          PLAINTIFF

V.                        CASE NO. 4:18-cv-304-JM-BD

PULASKI COUNTY REGIONAL
DETENTION FACILITY, et al.                                                                  DEFENDANT

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. No objections have been filed. The Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Price's claims against Defendant Pulaski County Regional Detention Facility are DISMISSED, with prejudice.

IT IS SO ORDERED this 12th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE