**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JAMOCA TAIYE PRICE**                                                    **PLAINTIFF**

**V.**                              **CASE NO. 4:18-CV-304-BD**

**PULASKI COUNTY REGIONAL**
**DETENTION FACILITY,** *et al.*                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case be DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 4th day of June, 2019.


_____
UNITED STATES MAGISTRATE JUDGE